IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **ALLERGAN, INC. and DUKE UNIVERSITY,**<br><br>Plaintiffs,<br><br>v.<br><br>**WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., and WATSON PHARMA, INC.,**<br><br>Defendants. | Case No. 1:12-CV-321 |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
OF PLAINTIFFS' COUNTS VII, VIII, IX AND X WITH RESPECT TO
U.S. PATENT NOS. 6,403,649 AND 8,017,655**

Plaintiffs Allergan, Inc. and Duke University and Defendants Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., and Watson Pharma, Inc., by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)[1], hereby stipulate to the dismissal, without prejudice, of Plaintiffs' Counts VII, VIII, IX, and X with respect to U.S. Patent Nos. 6,403,649 and 8,017,655 as follows:

WHEREAS Defendants Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., and Watson Pharma, Inc. (collectively, "Watson") have certified in connection with ANDA No. 203749 under 21 U.S.C. § 355(j)(2)(A)(vii)(III) and 21 C.F.R. § 314.94(a)(12)(i)(A)(3) that the sale of any product made under ANDA No. 203749 will not begin until after the expiration date of U.S. Patent Nos. 6,403,649 ("the '649 patent") and 8,017,655 (the '655 patent");

---

[1] There is some authority in the District Courts of the Fourth Circuit that a dismissal of claims should be by Rule 15 rather than Rule 41. However, because under both rules the action may be done by stipulation and the parties have stipulated to the dismissal, the difference here is "technical rather than substantive". Hardee's Food Sys. v. Hallbeck, 2010 U.S. Dist. LEXIS 124844 (E.D. Mo. Nov. 24, 2010).

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties to the above-captioned litigation, that

(1) Counts VII, VIII, IX, and X of the Complaint for Patent Infringement of the '649 and '655 patents and Declaratory Judgment of Infringement of the '649 and '655 patents (Docket No. 1, Case No. 1:12-CV-321) are hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and each party shall bear its own costs and attorneys' fees as to these Counts.

Respectfully submitted,

Dated: July 11, 2012

/s/ Larry McDevitt
Larry McDevitt
N.C. State Bar No. 5032
David Wilkerson
N.C. State Bar No. 35742
Melissa L. English
N.C. State Bar No. 43393
THE VAN WINKLE LAW FIRM
Attorneys for Plaintiffs
11 North Market Street
Asheville, NC 28801
Telephone: (828) 258-2991
Facsimile: (828) 257-2767
E-mail: lmcdevitt@vwlawfirm.com
E-mail: dwilkerson@vwlawfirm.com
E-mail: menglish@vwlawfirm.com

OF COUNSEL:
Juanita R. Brooks
Roger A. Denning
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Email: brooks@fr.com; denning@fr.com

2

Jonathan E. Singer
Deanna J. Reichel
Elizabeth M. Flanagan
FISH & RICHARDSON, P.C.
60 South Sixth St., #3200
Minneapolis, MN 55402
Telephone: (612) 335-5070
Email: singer@fr.com; reichel@fr.com; eflanagan@fr.com

Douglas E. McCann
A. Martina Hufnal
Robert M. Oakes
FISH & RICHARDSON, P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-5070
Email: dmccann@fr.com; tyreus@fr.com; oakes@fr.com

*Counsel for Allergan, Inc. and Duke University*

Jeffrey T. Thomas
GIBSON DUNN & CRUTCHER
3161 Michelson Drive
Irvine, CA 92612
Telephone: (949) 451-3800
Email: jtthomas@gibsondunn.com

*Counsel for Allergan, Inc. and Duke University*


Dated: July 11, 2012                          DAVIS & HAMRICK, LLP


                                               _/s/ Gary E. Hood_____
                                              H. Lee Davis, Jr.
                                              N.C. State Bar # 7683
                                              635 West Fourth St.
                                              Winston-Salem, NC 27120
                                              Tel: (336) 725-8385 ext. 107
                                              Fax: (336) 723-8838
                                              ldavis@davisandhamrick.com

3

POLSINELLI SHUGHART PC
Gary E. Hood
Mark Deming
161 N. Clark Street, Suite 4200
Chicago, IL 60601-3316
(312) 873-3653

Graham L.W. Day
Robyn H. Ast
Lauren W. Cohen
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
(314) 622-6614

ATTORNEYS FOR DEFENDANTS
WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC., AND
WATSON PHARMA, INC.,

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' COUNTS VII, VIII, IX and X WITH RESPECT TO U.S. PATENT NOS. 6,403,649 AND 8,017,655 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Gary E. Hood
>ghood@polsinelli.com
>Mark Deming
>modeming@polsinelli.com
>Polsinelli Shughart
>161 N. Clark Street, Suite 4200
>Chicago, IL 60601
>Phone (312) 873-3653
>Fax (312) 275-8736
>
>Graham L.W. Day
>gday@polsinelli.com
>Robyn H. Ast
>rastgmoser@polsinelli.com
>Lauren W. Cohen
>lcohen@polsinelli.com
>100 S. Fourth Street, Suite 1000
>St. Louis, Missouri 63102
>(314) 622-6614

Dated: July 11, 2012

>/s/ Larry McDevitt
>Larry McDevitt