IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ALLERGAN, INC. and DUKE UNIVERSITY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:12-CV-321 |
| | ) | |
| ACTAVIS, INC. (F/K/A WATSON PHARMACEUTICALS, INC.), WATSON LABORATORIES, INC., and ACTAVIS PHARMA, INC. (F/K/A WATSON PHARMA, INC.), | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH RESPECT TO**
**U.S. PATENT NOS. 8,038,988 AND 8,101,161**

WHEREAS, the patents-in-suit in Case No. 1:12-cv-321 are U.S. Patent Nos. 7,351,404, 7,388,029, 8,038,988, and 8,101,161;

WHEREAS, the parties to the above-titled action seek to reduce costs, delay, and burden to the Court and the parties by dismissing U.S. Patent Nos. 8,038,988 and 8,101,161;

WHEREAS, the parties do not intend this stipulation to reflect a position regarding the merits of the claims, defenses, counterclaims, and arguments that are the subject of this stipulation;

NOW THEREFORE, Plaintiffs and Defendants, by and through their respective undersigned counsel in the above-titled action, HEREBY STIPULATE AND AGREE as follows:

1. Counts V and VI described in Plaintiffs' Complaint for Patent Infringement filed in this action (Docket No. 1, Case No. 1:12-cv-321) are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. Counts I and II of Allergan's Counterclaims for infringement filed in this action (Docket No. 25, Case No. 1:12-cv-321) are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

3. Counts Five, Six, Seven, and Eight described in Defendant's Counterclaims filed in this action (Docket No. 19, Case No. 1:12-cv-321) are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

4. Each party shall bear its costs and attorneys' fees as to these Counts and Counterclaims.

This the 10th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE

By: /s/ Larry McDevitt
   Larry McDevitt
   N.C. State Bar No. 5032
   David Wilkerson
   N.C. State Bar No. 35742
   THE VAN WINKLE LAW FIRM
   11 North Market Street
   Asheville, NC 28801
   Telephone: (828) 258-2991
   Facsimile: (828) 257-2767
   E-mail: lmcdevitt@vwlawfirm.com
   E-mail: dwilkerson@vwlawfirm.com

OF COUNSEL:

Juanita R. Brooks
Roger A. Denning
FISH & RICHARDSON P.C.
12390 El Camino Real

By: /s/ H. Lee Davis
   H. Lee Davis, Jr.
   N.C. Bar No. 7683
   DAVIS AND HAMRICK, LLP
   P.O. Drawer 20039
   Winston-Salem, N.C. 27120-0039
   Email: ldavis@davisandhamrick.com

   -and-

Gary E. Hood
Mark T. Deming
POLSINELLI PC
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
(312) 819-1900
Email: ghood@polsinelli.com

San Diego, CA 92130
Telephone: (858) 678-5070
Email: brooks@fr.com
Email: denning@fr.com

Jonathan E. Singer
Deanna J. Reichel
FISH & RICHARDSON P.C.
60 South Sixth St., Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070
Email: singer@fr.com
Email: reichel@fr.com

Douglas E. McCann
Elizabeth M. Flanagan
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: 302-652-5070
Email: dmccann@fr.com
Email: eflanagan@fr.com

Jeffrey T. Thomas
GIBSON DUNN & CRUTCHER
3161 Michelson Drive
Irvine, CA 92612
Telephone: 949-451-3800
Email: jtthomas@gibsondunn.com

*Counsel for Plaintiffs*
*Allergan, Inc. and Duke University*

Email: mdeming@polsinelli.com

Robyn H. Ast
Lauren W. Cohen
POLSINELLI PC
100 South 4th Street, Suite 1000
St. Louis, Missouri 63102
(314) 889-8000
Email: rastgmoser@polsinelli.com
Email: lcohen@polsinelli.com

*Attorneys for Defendants Actavis, Inc., Watson Laboratories, Inc., and Actavis Pharma, Inc.*

3